

# Mars Khaimov Law, PLLC

100 Duffy Avenue, Suite 510

Hicksville, NY 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

January 9, 2024

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007-1312

      Re:    *Case 1:23-cv-09471-LGS Zelvin v. Circle of Drink, Inc.*
              Request for Adjournment of Conference

To the Honorable Judge Schofield,

    Plaintiff's Counsel respectfully submits this letter-motion to request a thirty-day adjournment of the initial pretrial conference, currently scheduled for January 17, 2024. Plaintiff is still not in communication with the Defendant herein, despite numerous attempts to solicit communication. As such, Plaintiff requests that the initial pretrial conference be adjourned to February 8, 2024. Plaintiff further seeks leave to present an Order to Show Cause for a default judgment by February 7, 2024.

    We thank the Court for its attention and consideration herein.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

The initial pretrial conference scheduled for January 17, 2024, is adjourned sine die.  By **January 19, 2024**, Plaintiff shall present an Order to Show Cause for default judgment, in compliance with the Court's Individual Rules.  So Ordered.

Dated: January 10, 2024
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**