UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    LYNN ZELVIN,
                              Plaintiff,

                        23 Civ. 9471 (LGS)

           -against-

                        ORDER

    CIRCLE OF DRINK, INC.,
                             Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated January 10, 2024, required Plaintiff to present an Order to Show Cause for default judgment, in compliance with the Court's Individual Rules, by January 19, 2024;

    WHEREAS, on January 21, 2024, Plaintiff filed a proposed Clerk's Certificate of Default, but no other materials. It is hereby

    **ORDERED** that Plaintiff shall file the materials required by the Court's Individual Rules, Attachment A, no later than **January 25, 2024**. Failure to do so will result in dismissal of the case for failure to prosecute.

Dated: January 22, 2024
       New York, New York

                                                LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE