**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LYNN ZELVIN,

Plaintiff,

<strong><u>ORDER</u></strong>

-against-

<strong>23-cv-9471 (LGS) (JW)</strong>

CIRCLE OF DRINK, INC.

Defendant.

-----------------------------------------------------------------X

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

The Honorable Lorna G. Schofield referred this case to the undersigned for an inquest in order to determine the amount of damages, if any, that should be awarded to the Plaintiff against Defendant.

Accordingly, IT IS HEREBY ORDERED that, on or before **May 17, 2024**, the Plaintiff shall prepare and file, with the Court an inquest memorandum of law, accompanied by supporting affidavits and exhibits, setting forth proof of their damages.  The Plaintiff must serve these documents on Defendant, and file proof of such service with the Clerk of Court.

IT IS FURTHER ORDERED that, on or before **May 31, 2024**, the Defendant shall prepare and file any opposing memoranda, affidavits and exhibits, as well as any alternative findings of fact and conclusions of law, and serve the same upon the Plaintiff.

The Plaintiff shall serve the defendant with a copy of this order and file proof of such service with the Clerk of Court.

SO ORDERED.

Dated:     April 25, 2024
           New York, New York

JENNIFER E. WILLIS
United States Magistrate Judge